## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE:  THERESA E. COVALESKI | : | 11 U.S.C. CHAPTER 7 |
| THERESA E. COVALESKI,<br>    Debtor | : | CASE NO. 11-33145 |
| BARBARA H. KATZ,<br>    Trustee | : | RE: ECF NO. 16 |

### ORDER RE: MOTION TO REOPEN

The foregoing Motion to Reopen Case, after having been properly noticed it is hereby ORDERED:

That the Debtor's case be reopened to file Amended Schedules B and C, and that the U.S. Trustee's office is authorized to reappoint Barbara Katz as Trustee.

Dated: July 30, 2014                                                                    BY THE COURT

*Julie A. Manning*
Julie A. Manning
United States Bankruptcy Judge