# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re:                                                    Case No. 11-33145

**THERESA E. COVALESKI,**

Debtor.

---

## NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE

It appearing that this case was reopened on July 30, 2014 for the purpose of administering an asset, the United States Trustee for the District of Connecticut hereby appoints BARBARA KATZ as trustee for the estate of the above named debtor.

Dated: New Haven, Connecticut
July 31, 2014

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE FOR REGION 2

/s/ Kim L. McCabe

Kim L. McCabe/ct 23661
Assistant United States Trustee
50 Court Street, Room 302
New Haven, Connecticut 06510
Telephone: 203.773.2210
Facsimile: 203.773.2217
E-mail: Kim.McCabe@usdoj.gov